UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LAK3, LLC,

      Appellant(s),

  -against-                                    20 Civ. 193 (CM)(PED)

Sean M. Dunn,

      Appellee(s),

-------------------------------------------------------------x

## ORDER

McMahon, J.:

    The Court has set the following briefing schedule on this Bankruptcy appeal. Appellant's brief and record due February 21, 2020; Appellees' opposition brief is due April 4, 2020; Appellant's reply brief is due April 24, 2020.

SO ORDERED:

_____
Chief U.S.D.J.

Dated: January 13, 2020
New York, New York