Carlos J. Cuevas, Esq.
Attorney for Defendant
Sean M. Dunn
1250 Central Park Avenue
Yonkers, New York 10704
Tel. No. 914.964.7060
Carlos J. Cuevas

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 7 |
| SEAN M. DUNN, | Case No. 18-36566(CGM) |
| Debtor. | |

-----------------------------------------------------------X

| | |
|---|---|
| LAK3, LLC, | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 18-9038(CGM) |
| SEAN M. DUNN, | |
| Defendant. | |

-----------------------------------------------------------X

**APPELLEE'S COUNTER-DESIGNATION OF THE RECORD
ON APPEAL AND COUNTER-STATEMENT OF THE
ISSUE PRESENTED ON APPEAL**

Sean Dunn by his attorney, Carlos J. Cuevas, Esq., for his Appellee's Counter-

Designation of the Record on Appeal and Counter-Statement of the Issue Presented on Appeal

respectfully represents:

1

## COUNTER-STATEMENT OF THE ISSUE PRESENTED ON APPEAL

1. Did the Bankruptcy Court abuse its discretion in dismissing the above-captioned adversary proceeding because the Plaintiff without just cause failed to appear at a status conference?

## COUNTER-DESIGNATION OF THE RECORD

*In re Dunn*, Case No. 18-36566(CGM)

1. Dkt. No. 1, Bankruptcy Petition, Schedules and Statement of Financial Affairs

*LAK3, LLC v. Dunn*, Adv. Pro. 18-9038(CGM)

1. Transcript of hearing conducted on September 17, 2019.

2. Transcript of hearing conducted on November 19, 2019.


Dated: Yonkers, New York
      January 15, 2020

    CARLOS J. CUEVAS, ESQ.
    Attorney for Defendant

    By:/s/ Carlos J. Cuevas
       Carlos J. Cuevas
       1250 Central Park Avenue
       Yonkers, New York 10704
       Tel. No. 914.964.7060

Carlos J. Cuevas, Esq.
Attorney for Defendant
1250 Central Park Avenue
Yonkers, New York 10704
Tel. No. 914.964.7060
Carlos J. Cuevas

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 7 |
| SEAN M. DUNN, | Case No. 18-36566(CGM) |
| Debtor. | |

-------------------------------------------------------------X

| | |
|---|---|
| LAK3, LLC, | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 18-09038(CGM) |
| SEAN M. DUNN, | |
| Defendant. | |

-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, Carlos J. Cuevas, do hereby certify that on January 15, 2020, I served by first class mail Appellee's Counter-Designation of the Record on Appeal and Counter-Statement of the Issue Presented on Appeal on the following:

Sanford P. Rosen, Esq.
Rosen & Associates, P.C.
747 Third Avenue
New York, New York 10017

1

Fred Stevens, Esq.
Klestadt Winters Jureller
Southyard & Stevens LLP
200 West 41st Street
17th Floor
New York, New York 10036

Office of the United States Trustee
11A Clinton Avenue
Room620
Albany, NY 12207

Dated: Yonkers, New York
        January 15, 2020

                                        */s/ Carlos J. Cuevas*
                                           Carlos J. Cuevas