UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
          2/4/2020
```

| In re: | |
|---|---|
| SEAN M. DUNN, | Chapter 7 |
| Debtor. | No. 18-bk-36566-CGM |
| LAK3, LLC | No. 18-ap-9038-CGM |
| Plaintiff-Appellant, | |
| - against - | No. 20-cv-193-CM |
| SEAN M. DUNN, | **CONSENT ORDER GRANTING** |
| Defendant-Appellee | **SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, LAK3, LLC substitutes Avery Samet of Amini LLC, State Bar No. 4245965, as counsel of record in place of Sanford P. Rosen and Paris Gyparakis of Rosen & Associates, P.C.

Contact information for new counsel is as follows:

> Firm name: Amini LLC
> Address: 131 West 35th Street, 12th Floor
> New York, New York 10001
> Tel: (212) 490-4700
> Fax: (212) 497-8222
> E-mail: asamet@aminillc.com

I consent to the above substitution.

Date: February 4, 2020

Ned Kleinschmidt
Managing Member of LAK 3, LLC

I consent to being substituted.

Date: February 4, 2020

Sanford P. Rosen, Esq.

Paris Gyparakis, Esq.

I consent to the above substitution.

Date: February 4, 2020

Avery Samet, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: 4 February, 2020

Hon. Colleen McMahon
United States District Judge