*Carlos J. Cuevas, Esq.*
1250 Central Park Avenue
Yonkers, New York 10704
Tel. No. 914.964.7060
Email ccuevas576@aol.com

April 24, 2020

**VIA ECF**

Hon. Colleen McMahon,
Chief United States District Judge,
Southern District of New York,
500 Pearl Street,
New York, New York 10007

    Re: *LAK3, LLC v. Dunn*, Case No. 7:20-cv-0193(CM)
        *LAK3, LLC v. Dunn*, Case No. 7:20-cv-1420(CM)

Dear Honorable Madam:

    I am counsel to Mr. Sean M. Dunn, the Appellee, in the above-captioned consolidated bankruptcy appeals. I am respectfully requesting a waiver of your velo-binding rule for Chambers copies of documents. I am a solo-practitioner. I usually have my documents velo-bound at Federal Express Office. However, because of the COVID-19 pandemic Federal Express Office has suspended its velo-binding services. Recently, on another bankruptcy appeal I was permitted to email my documents to District Judge Roman. I am requesting that I be permitted to either email to you or transmit to you stapled documents.

    Thank you for your consideration.

                                            Respectfully submitted,

                                            /s/ Carlos J. Cuevas

                                            Carlos J. Cuevas

cc: Avery Samet, Esq. (Via ECF)